UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
NORMAN HARTRAMPH,

            Plaintiff,

  -against-                       **RULE 7.1 STATEMENT**

                                   07 Civ. 9440 (LLS)

METRO-NORTH COMMUTER RAILROAD,

            Defendant.
--------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York
       December 13, 2007                      RICHARD K. BERNARD
                                                   GENERAL COUNSEL

                                              By:___S/_____
                                                José R. Rios (JRR/5785)
                                                Special Counsel
                                                Attorneys for Defendant
                                                347 Madison Avenue
                                                New York, New York  10017
                                                (212) 340-2537


TO:    Michael Flynn, Esq.
          Law Office of Michael Flynn PLLC
          Attorney for Plaintiff
          1205 Franklin Avenue
          Garden City, NY 11530
          (516) 877-1234