UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NORMAN HARTRAMPH,

                Plaintiff,

  -against-                                 **ANSWER**

                                           07 Civ. 9440 (LLS)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
----------------------------------------------------------------X

       Defendant, Metro-North Commuter Railroad (hereinafter "Metro-North"), by its attorney, Richard K. Bernard, General Counsel, as and for its answer to the complaint of the plaintiff, alleges as follows:

       1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph(s) 1 and 4 of the complaint and respectfully refers all questions of law and fact to judge and jury.

       2. Admits the allegations contained in paragraph(s) 2 of the complaint.

       3. Denies upon information and belief each of the allegations contained in paragraph(s) 3 of the complaint and refers all questions of law and fact to judge and jury, except admits that plaintiff was employed by defendant Metro-North as a signalman on or before August 16, 2006.

       4. Denies the allegations contained in paragraph(s) 5, 6 and 7 of the complaint.

## AS AND FOR AN AFFIRMATIVE DEFENSE

5. As and for a first affirmative defense, or as a defense in mitigation of damages, the defendant claims that any injuries allegedly sustained by the plaintiff were caused, in whole or in part, by reason of the culpable conduct of the plaintiff.

WHEREFORE, defendant demands judgment dismissing the complaint, together with costs and disbursements and such other and further relief as to this Court seems just and proper.

Dated: New York, New York
December 13, 2007

RICHARD K. BERNARD
GENERAL COUNSEL

By: _S/_____
José R. Rios (JRR/5785)
Special Counsel
Attorneys for Defendant
347 Madison Avenue
New York, New York  10017
(212) 340-2537

TO:   Michael Flynn, Esq.
      Law Office of Michael Flynn PLLC
      Attorney for Plaintiff
      1205 Franklin Avenue
      Garden City, NY 11530
      (516) 877-1234

STATE OF NEW YORK   :
                    : ss:
COUNTY OF NEW YORK:


  Laura Matthews, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years of age and reside in Bronx County, New York.

  On December __14__, 2007, I served a true copy of the annexed ANSWER and RULE 7.1 STATEMENT, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:


TO: Michael Flynn, Esq.
   Law Office of Michael Flynn PLLC
   Attorney for Plaintiff
   1205 Franklin Avenue
   Garden City, NY 11530
   (516) 877-1234

              ___S/_____
              LAURA MATTHEWS


Sworn to before me this
__14__ day of December, 2007


 _S/_____
NOTARY PUBLIC




Hartramph,Norman