UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**NORMAN HARTRAMPH,**　　　　　　　　　07 Civ. 9440 (LLS)

　　　　　　　　**Plaintiff,**

-against-　　　　　　　　　　　　　　　　**OFFER OF JUDGMENT**

**METRO-NORTH COMMUTER RAILROAD**

　　　　　　　　**Defendant.**
--------------------------------------------------------

　　　　Defendant, pursuant to Rule 68 of the Federal Rules of Civil Procedure, does hereby Offer to allow Judgment to be taken against the Defendant in the amount of Twenty Five Thousand Dollars ($25,000.00) with costs accrued to date.

DATED:　　New York, New York
　　　　　　June 17, 2008　　　　　　　　　RICHARD K. BERNARD
　　　　　　　　　　　　　　　　　　　　　　GENERAL COUNSEL

　　　　　　　　　　　　　　　　　　　　　　By:　Jesse A. Raye
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　347 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　(212) 340-2538
　　　　　　　　　　　　　　　　　　　　　　(JAR/2009)

TO:　Michael Flynn, Esq.
　　　Law Office of Michael Flynn PLLC
　　　Attorney for Plaintiff
　　　1205 Franklin Avenue
　　　Garden City, NY 11530
　　　(516) 877-1234

*STATE OF NEW YORK*        :
                           :ss:
*COUNTY OF NEW YORK*       :

Nellie Foreman-Ramos, being sworn says:

I am not a party to the action, am over 18 years of age and reside at the New York, New York.

On June 17, 2008 I served an **OFFER OF JUDGMENT,** on behalf of Metro-North Commuter Railroad by facsimile and mailing the **OFFER OF JUDGMENT** to the Plaintiff in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   Michael Flynn, Esq.
      Law Office of Michael Flynn PLLC
      Attorney for Plaintiff
      1205 Franklin Avenue
      Garden City, NY 11530
      (516) 877-1234

                                         _____
                                         Nellie Foreman-Ramos

Sworn to before me this
 _17_ day of  June,  2008

_____
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORMAN HARTRAMPH,                              07 Civ. 9440 (LLS)

                Plaintiff,

-against-                                         **OFFER OF JUDGMENT**


METRO-NORTH COMMUTER RAILROAD

                Defendant.
-----------------------------------------------------------


212-340-2538                    JESSE A. RAYE                    19TH FLOOR




**DEFENDANT**