UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NORMAN HARTRAMPH,                                    07 Civ. 9440 (LLS)
                Plaintiff,
- against -                                                              NOTICE OF
                                                  SUBSTITUTE OF ATTORNEY

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
----------------------------------------------------------------X

*S I R S:*

      PLEASE TAKE NOTICE, that JESSE A. RAYE [JAR 2009], an attorney with the Law Office of Richard K. Bernard, Metro-North Commuter Railroad, 347 Madison Avenue, 19th Fl. New York, New York 10017 telephone number 212-340-2538, is hereby substituted as attorney of record in this action in place and stead of Ioana Wenchell.

Date: New York, NY
       June 23, 2008,

                                                            RICHARD K. BERNARD
                                                            GENERAL COUNSEL

                                                            By: _____
                                                               JESSE A. RAYE
                                                           Attorney for Defendant
                                                           347 Madison Avenue, 19th Fl.
                                                           New York, New York  10017
                                                           (212) 340-2538  -  JAR/2009

TO:   Michael Flynn, Esq.
        Law Office of Michael Flynn PLLC
        Attorney for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530
        (516) 877-1234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NORMAN HARTRAMPH,                                              07 Civ. 9440 (LLS)
                           Plaintiff,

- against -

METRO-NORTH COMMUTER RAILROAD,

                           Defendant.
-----------------------------------------------------------------X


                           NOTICE OF SUBSTITUTE OF ATTORNEY




212-340-3538                      JESSE A. RAYE                    19TH FL.




                                     DEFENDANT