**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**NORMAN HARTRAMPH,**

|                      |                        |
|----------------------|------------------------|
| **Plaintiff,**       | **07 Civ. 9440 (LLS)** |

**<u>PROPOSED VERDICT SHEET</u>**

   -against-

**METRO-NORTH COMMUTER RAILROAD,**

**Defendant.**
-----------------------------------------------------------------X

1)        Has Plaintiff proven by a preponderance of the credible evidence that Defendant was negligent?

           Yes_____        No_____

           (If your answer to question No. 1 is No, stop deliberations and report your verdict)
           (If your answer to question No 1 is Yes, proceed to question No. 2)


2)        Was the Plaintiff contributorily negligent?

           Yes_____        No_____

           (If your answer to question No. 2 is No, proceed to question No. 4)
           (If your answer to question No. 2 is Yes, proceed to question No.3)


3)        If your answer to question No. 2 was yes, what percentages of negligence do you attribute to each party?

           Plaintiff        _____ %

           Defendant       _____ %
                            100 %
           (The percentages must equal 100 % percent)

4)        State the amount in dollars, which you award to Plaintiff.

           $_____

DATED:  NEW YORK, NEW YORK
    June 23, 2008

             RICHARD K. BERNARD
             GENERAL COUNSEL

             By:_____
              Jesse A. Raye - JAR-2009
             Attorney for Defendant
             347 Madison Avenue, 19th Fl.
             New York, NY  10017
             (212) 340-2538

TO:  Michael Flynn, Esq.
    Law Office of Michael Flynn PLLC
    Attorney for Plaintiff
    1205 Franklin Avenue
    Garden City, NY 11530
    (516) 877-1234

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**
**NORMAN HARTRAMPH,**

                        **Plaintiff,**                **07 Civ. 9440 (LLS)**

                                       **<u>PROPOSED VERDICT SHEET</u>**

   **-against-**

**METRO-NORTH COMMUTER RAILROAD,**

                        **Defendant.**
**-----------------------------------------------------------------X**

212-340-2538                      JESSE A. RAYE        19TH FLOOR
                                  [JAR/2009]

**DEFENDANT**

*STATE OF NEW YORK* : 
                                    :
*COUNTY OF NEW YORK:*

Nellie Foreman-Ramos, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York, New York.

On June 23, 2008 I served a true copy of the annexed Proposed Verdict Sheet, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:    Michael Flynn, Esq.
       Law Office of Michael Flynn PLLC
       Attorney for Plaintiff
       1205 Franklin Avenue
       Garden City, NY 11530
       (516) 877-1234

                                    _____
                                    NELLIE FOREMAN-RAMOS

Sworn to before me this
 _____ day of  June, 2008

_____
NOTARY PUBLIC