ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
NORMAN HARTRAMPH,

                    Plaintiff,           07 Civ. 9440 (LLS)

        - against -                      ORDER

METRO-NORTH COMMUTER RAILROAD,

                    Defendant.
- - - - - - - - - - - - - - - - - - - -X
```

It having been reported to the Court that this action is settled, the Clerk is directed to close this case.

Dated:  New York, New York
        July 11, 2008

                                    _Louis L. Stanton_
                                    ──────────────────────
                                    LOUIS L. STANTON
                                       U. S. D. J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/08